No. 988, Misc. BEAUCHAMP *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 999, Misc. PRAYLOW *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1006, Misc. GRIFFITH *v.* HARRIS ET AL. Supreme Court of Wisconsin. Certiorari denied. *Hugh M. Matchett, David F. Matchett, Jr.* and *Victor M. Theis* for petitioner. *Alfred E. La France* for respondents.

No. 1014, Misc. JOHNSON *v.* PATE, WARDEN, ET AL. Circuit Court of Rock Island County, Illinois. Certiorari denied.

No. 1049, Misc. HOLLIS *v.* BETO, CORRECTIONS DIRECTOR, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 1054, Misc. GLAZEWSKI *v.* NEW JERSEY ET AL. Supreme Court of New Jersey. Certiorari denied.

No. 1060, Misc. LEEPER *v.* RUSSELL, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 1078, Misc. BUONPANE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1079, Misc. ANDREWS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.